170 So.2d 512

CONSTRUCTION ENGINEERING COM-
PANY OF LOUISIANA, Inc.

v.

The VILLAGE SHOPPING CENTER,
INC., et al.

No. 47579.

Jan. 22, 1965.

In re: The Village Shopping Center, Inc., Ben T. Johnston and George Brown applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 168 So.2d 826.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

170 So.2d 512

Succession of Stella Winter SINGLUST.

No. 47578.

Jan. 27, 1965.

In re: William Winter Singlust applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 169 So.2d 10.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.

McCALEB and SUMMERS, JJ., are of the opinion that a writ should be granted.